IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| ALONZO LAMONT CLARK, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 14-1081-JDT-egb |
| MADISON COUNTY, et al., | ) | |
| Defendants. | ) | |

ORDER DIRECTING CLERK TO ENTER JUDGMENT

On March 30, 2015, the court entered an order of dismissal pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1) but allowed Plaintiff thirty days in which to amend his complaint to avoid a *sua sponte* dismissal under the Prison Litigation Reform Act of 1995 ("PLRA"), 28 U.S.C. § 1915. *LaFountain v. Harry*, 716 F.3d 944, 951 (6th Cir. 2013); *see also Brown v. R.I.*, No. 12-1403, 2013 WL 646489, at *1 (1st Cir. Feb. 22, 2013) (per curiam) ("Ordinarily, before dismissal for failure to state a claim is ordered, some form of notice and an opportunity to cure the deficiencies in the complaint must be afforded."). Plaintiff was advised that, if he failed to file an amended complaint within the time specified, the Court would assess a strike pursuant to 28 U.S.C. § 1915(g) and will enter judgment.

Plaintiff has not filed an amended complaint. Accordingly, the clerk is DIRECTED to enter judgment in accordance with this order and the order of dismissal entered on March 30, 2015.

IT IS SO ORDERED.

                                                s/ **James D. Todd**
                                                JAMES D. TODD
                                                UNITED STATES DISTRICT JUDGE